UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -2 AM 7:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA
(RURAL DEVELOPMENT),
    Plaintiff

vs.

LUZ MARIA ORTIZ OTERO,
    Defendant

CIVIL NO. 97-1929 (JP)

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 26, 2000<br>**Docket:** #23<br>[ ] **Plffs**       [X] **Defts**<br>**Title:** Motion for Withdrawal of Funds | **GRANTED.** The Clerk shall issue a check to the order of Luz María Ortiz Otero in the amount of $18,526.59. |

Date: 2/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 24